THOMAS P. O'BRIEN     JS-6
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 156679
    United States Attorney's Office
    U.S. Courthouse, Suite 1400
    312 N. Spring St.
    Los Angeles, CA 90012
    Telephone: (213)894-2569
    Facsimile: (213)894-7177
    E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CV 09-00082-SJO (PLAx) |
|     Plaintiff, | ) | **CONSENT JUDGMENT** |
|     v. | ) | |
| $92,800.00 IN U.S. CURRENCY, | ) | |
|     Defendant. | ) | |

    In this action, plaintiff United States of America (the "government") alleges that the defendant $92,800 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) on the ground that it was furnished or intended to be furnished in, one or more exchanges for a controlled substance or listed chemical in violation of 21 U.S.C. § 841 *et seq.*, and/or

constitutes proceeds traceable to such an exchange.  Potential claimants Berty Rodriguez, Vanessa Rodriguez and Rosa Rodriguez (collectively, the "claimants") dispute the government's allegations.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint states claims for relief pursuant to 21 U.S.C. §§ 881(a)(6).

3. Notice of this action has been given as required by law.  No appearance has been made in this action by any person, and the time to file claims and answers has expired.  The Court deems that all other potential claimants other than potential claimants Berty Rodriguez, Vanessa Rodriguez and Rosa Rodriguez admit the allegations of the Complaint to be true, and hereby enters default against all other potential claimants.

4. $92,750 of the defendant $92,800 in U.S. Currency and any interest accrued on the defendant shall be forfeited to the United States, which shall dispose of the same accordingly to law.

5. $50 of the defendant $92,800 in U.S. Currency shall be returned to claimant Rosa Rodriguez through a check made payable to "Rosa Rodriguez" and mailed to Paul L. Gabbert, Esq. at 2115 Main Street, Santa Monica, California 90405, within 30 days of entry of this judgment.

1    6.   The claimants hereby release the United States of America,
2 the State of California, all counties, municipalities and cities
3 within the State of California, and their agencies, departments,
4 offices, agents, employees and officers, including, but not limited
5 to, the United States Attorney's Office, the Drug Enforcement
6 Administration, and their employees and agents, from any and all,
7 known or unknown, claims, causes of action, rights, and liabilities,
8 including, without limitation, any claim for attorney's fees, costs,
9 or interest which may be now or later asserted by or on behalf of
10 the claimants, arising out of or related to this action or to the
11 seizure or possession of the defendant currency.  The claimants
12 represent and agree that they have not assigned and are the rightful
13 owners of such claims, causes of action and rights.
14   7.   The Court finds that there was reasonable cause for the
15 seizure of the defendants and institution of these proceedings.
16 This judgment shall be construed as a certificate of reasonable
17 cause pursuant to 28 U.S.C. § 2465.
18 / / /

21   8.   The parties shall each bear their own attorney's fees and
22 other costs and expenses of litigation.

25    DATED:__March 26, 2009      _____
                                     *S. James Otero*
                                  UNITED STATES DISTRICT JUDGE

27                              CONSENT
28    The parties consent to judgment and waive any right of appeal.

3

```
DATED: _____, 2009      THOMAS P. O'BRIEN
                            United States Attorney
                            CHRISTINE C. EWELL
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section


                            _____
                            PIO S. KIM
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA


DATED: _____, 2009     _____
                            BERTY RODRIGUEZ
                            Claimant


DATED: _____, 2009     _____
                            VANESSA RODRIGUEZ
                            Claimant


DATED: _____, 2009     _____
                            ROSA RODRIGUEZ
                            Claimant
```

Approved as to form and content.

```
                            LAW OFFICE OF PAUL L. GABBERT

DATED: _____, 2009      _____
                            PAUL L. GABBERT

                            Attorneys for Claimants Berty
                            Rodriguez, Vanessa Rodriguez and Rosa
                            Rodriguez
```

4